RICHARD A. VAN WAGONER (A4690)
Snow, Christensen & Martineau
10 Exchange Place, Eleventh Floor
Post Office Box 45000
Salt Lake City, Utah 84145-5000
(801) 521-9000

STEPHEN C. CLARK (A4551)
American Civil Liberties Union of Utah Foundation, Inc.
355 North 300 West, Suite 1
Salt Lake City, Utah 84103
(801) 521-9862

(Additional counsel for Plaintiffs listed below)

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| EAST HIGH SCHOOL PRISM CLUB, an unincorporated association; EAST HIGH SCHOOL RAINBOW CLUB, an unincorporated association; JESSICA R. COHEN, a minor, by and through mother and next friend, JUDY COHEN; and MARGARET HINCKLEY, a minor, by and through her mother and next friend, JUDY HINCKLEY, <br><br> Plaintiffs, <br><br> vs. <br><br> CYNTHIA SEIDEL, Assistant Superintendent of Salt Lake City School District, in her official capacity, <br><br> Defendant. | Case No. _____ <br><br> Judge _____ <br><br> 2:00CV-0311K <br><br> DECLARATION OF STEPHEN C. CLARK IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION |



(Additional counsel for Plaintiffs)

JON W. DAVIDSON
Lambda Legal Defense and Education Fund, Inc.
6030 Wilshire Blvd., Suite 200
Los Angeles, California 90036
(323) 937-2728, ext. 228

DAVID S. BUCKEL
DONI GEWIRTZMAN
Lambda Legal Defense and Education Fund, Inc.
120 Wall Street, Suite 1500
New York, New York 10005
(212) 809-8585, ext. 212

KATHRYN D. KENDELL (5398)
SHANNON MINTER
National Center for Lesbian Rights
870 Market Street, Suite 570
San Francisco, California 94102
(415) 392-6257

Attorneys for Plaintiffs

I, STEPHEN C. CLARK, hereby declare and state as follows:

1. I am the Legal Director of the American Civil Liberties Union of Utah and one of the counsel for Plaintiffs in this matter. I submit this Declaration in support of Plaintiffs' Supplemental Memorandum in Support of Plaintiffs' Motions for Summary Judgment and in Opposition to Defendants' Motion for Summary Judgment.

2. Attached as Exhibit A is a true and correct copy of excerpts of the Deposition of Cynthia Seidel given in the matter of East High Gay/Straight Alliance v. Bd. of Educ., Civ No, 2:98-CV-193J, on December 16, 1998.

3. Attached as Exhibit B is a true and correct copy of Salt Lake City School District Policy IGDA.

4. Attached as Exhibit C is a true and correct copy of a Salt Lake City School District Press Release dated April 18, 1996.

5. Attached as Exhibit D is a true and correct copy of excerpts of Deposition of Darline P. Robles given in the matter of East High Gay/Straight Alliance v. Bd. of Educ., Civ No, 2:98-CV-193J, on January 29, 1999.

6. Attached as Exhibit E is a true and correct copy of a Memorandum from Cindi Seidel dated August 27, 1998.

7. Attached as Exhibit F is a true and correct copy of the application and materials relating to the CHARABANC Club at East High School.

8. Attached as Exhibit G is a true and correct copy of excerpts from the MESA Student Handbook.

9. Attached as Exhibit H is a true and correct copy of the application and materials relating to the Polynesian Club at East High School.

10. Attached as Exhibit I is a true and correct copy of excerpts from the 1999-2000 East High School Course Description Catalogue.

11. Attached as Exhibit J is a true and correct copy of the application and

materials relating to the PRISM Club at East High School.

12. Attached as Exhibit K is a true and correct copy of a letter from Bob Pliley dated February 1, 2000.

13. Attached as Exhibit L is a true and correct copy of a Letter from Cynthia L. Seidel, Assistant Superintendent for Education Services, Salt Lake City School District, dated March 1, 2000.

14. Attached as Exhibit M is a true and correct copy of a page from the of the 1997-98 East High School Student Handbook.

15. Attached as Exhibit N is a true and correct copy of the application and materials relating to the Odyssey of the Mind Club at West High School.

16. Attached as Exhibit O is a true and correct copy of excerpts of a Memorandum Opinion and Order dated October 6, 1999 in the matter of East High Gay/Straight Alliance v. Bd. of Educ., Civ. No. 2:98-CV-193J.

17. Attached as Exhibit P is a true and correct copy of the Judgment and Order of Dismissal dated November 30, 1999 in the matter of East High Gay/Straight Alliance v. Bd. of Educ., Civ. No. 2:98-CV-193J.

18. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and that I have executed this declaration on April 9, 2000, at Salt Lake City, Utah.

_____
Stephen C. Clark

Exhibits/Attachments to this document have **not** been scanned.

Please see the case file.