DAN R. LARSEN - 4865
Assistant Attorneys General
JAN GRAHAM - 1231
Attorney General
Attorneys for Defendants
160 East 300 South, 6th Floor
P.O. Box 140856
Salt Lake City, Utah 84114-0856
   Telephone: (801) 366-0100

FILED
CLERK, U.S. DISTRICT COURT

18 OCT 00 AM 6: 49

DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | | |
|---|---|---|
| EAST HIGH SCHOOL PRISM CLUB, et al., | : | **ORDER OF DISMISSAL WITH PREJUDICE** |
| | : | |
| Plaintiffs, | | |
| | : | |
| vs. | | |
| | : | Case No. 2:00CV 311 C |
| CYNTHIA SEIDEL, | | |
| | : | |
| Defendant. | | |

Based upon the parties' Motion and Stipulation to Dismiss
with Prejudice, and good cause appearing therefore, it is hereby
ORDERED, ADJUDGED and DECREED as follows:

1.  The Motion and Stipulation to Dismiss with Prejudice is
granted.

2.  The preliminary injunction granted on April 26, 2000 is
dissolved.

3.  This order of dismissal does not affect any claim for
recoverable attorney fees or the Court's jurisdiction to
determine attorney fees.

4.   If the parties are unable to resolve the issues regarding recoverable attorney fees, the parties may pursue a claim for attorney fees for determination by the Court.

DATED this __17__ day of __October__ , 2000.

BY THE COURT:

*Tena Campbell*

HONORABLE TENA CAMPBELL
District Court Judge

Approved as to Form:

RICHARD A. VAN WAGONER
STEPHEN C. CLARK
Attorneys for Plaintiffs

United States District Court
for the
District of Utah
October 18, 2000

\* \* CERTIFICATE OF SERVICE OF CLERK \* \*

Re:  2:00-cv-00311

True and correct copies of the attached were either mailed or faxed by the
clerk to the following:

Mr. Richard A Van Wagoner, Esq.
SNOW CHRISTENSEN & MARTINEAU
10 EXCHANGE PLACE
PO BOX 45000
SALT LAKE CITY, UT  84145-5000
JFAX 9,3630400

Stephen C. Clark, Esq.
AMERICAN CIVIL LIBERTIES UNION OF UTAH
355 N 300 W STE 1
SALT LAKE CITY, UT  84103
JFAX 9,5322850

David S. Buckel, Esq.
LAMBDA LEGAL DEFENSE AND EDUCATION FUND
120 WALL ST STE 1500
NEW YORK, NY  10005
JFAX 8,212,8090055

Jon W. Davidson, Esq.
LAMBDA LEGAL DEFENSE AND EDUCATION FUND
6030 WILSHIRE BLVD #200
LOS ANGELES, CA  90036
JFAX 8,323,9370601

Dan R. Larsen, Esq.
UTAH ATTORNEY GENERAL'S OFFICE
160 E 300 S
PO BOX 140811
SALT LAKE CITY, UT  84114-0856
JFAX 9,3660101

Mr. John Robson, Esq.
FABIAN & CLENDENIN
215 S STATE STE 1200
PO BOX 510210
SALT LAKE CITY, UT  84151
JFAX 9,5962814